IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**$11,250.00 IN UNITED STATES** )<br>**CURRENCY,** )<br>)<br>**Defendant.** ) | CIVIL NO. 08-607-GPM |

# JUDGMENT OF FORFEITURE

This action came before District Judge G. Patrick Murphy on a motion for summary judgment, and the following decision was reached:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff and against all interested parties, and property described as:

**$11,250.00 UNITED STATES CURRENCY**

is ordered forfeited to the United States.

**DATED**: 9/29/09

JUSTINE FLANAGAN, ACTING CLERK

By:  s/ Linda M. McGovern
         Deputy Clerk

APPROVED:  s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge